## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Sherise Richardson v. Edgewell Personal Care, LLC          Docket No.: 23-128

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Courtney Harrison

Firm: Stinson LLP

Address: 1201 Walnut Street, Suite 2900, Kansas City, MO 64106

Telephone: 816-691-2354          Fax: 816.412.1172

E-mail: courtney.harrison@stinson.com

**Appearance for:** Edgewell Personal Care, LLC
(party/designation)

**Select One:**

[ ] Substitute counsel (replacing lead counsel: _____ )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[✔] Additional counsel (co-counsel with: Kieran M. Corcoran, Stinson LLP )
(name/firm)

[ ] Amicus (in support of: _____ )
(party/designation)

### CERTIFICATION

I certify that:

[✔] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on _____ OR

[ ] I applied for admission on _____ .

Signature of Counsel: /s/ Courtney J. Harrison

Type or Print Name: Courtney J. Harrison